**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 11 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARCELL WILLIAMS<br>aka Marcell Johnson | Case No. 4:12CR00308-001 BSM |
| | USM No. 27361-009 |
| | Ronald L. Davis, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1-6    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special (5) | Opened several lines of credit without permission of probation | 11/07/2017 |
| 2 - Standard (1) | Left judicial district without permission | 09/13/2017 |
| 3 - Special (3) | Failure to make restitution payments | 02/28/2018 |
| 4 - Standard (3) | Failure to submit monthly reports timely | 02/28/2018 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5242

Defendant's Year of Birth: 1965

City and State of Defendant's Residence:
Little Rock, Arkansas

06/11/2018
Date of Imposition of Judgment

_____
Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

6-11-18
Date

DEFENDANT: MARCELL WILLIAMS aka Marcell Johnson
CASE NUMBER: 4:12CR00308-001 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Mandatory | Commitance of another federal, state or local crime | 11/19/2015 |
| 6 - Standard (11) | Failure to notify probation of arrest | 04/25/2017 |

DEFENDANT: MARCELL WILLIAMS aka Marcell Johnson
CASE NUMBER: 4:12CR00308-001 BSM

## PROBATION

You are hereby sentenced to probation for a term of:

6 months in the residential reentry center, City of Faith, and continue with previously imposed period of 5 years probation.

All general, standard and special conditions previously imposed remain in full force and effect.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.